UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Subpoena to Autoliv ASP, Inc.
_____/

AMY ARIAS, ET AL.,

    Movants,　　　　　　　　　　　　No. 19-51600

v.　　　　　　　　　　　　　　　　　　District Judge Stephen J. Murphy, III
　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

AUTOLIV ASP, INC.,

    Objector.
_____/

# ORDER

For the reasons and under the terms stated on the record on December 3, 2019, Movants' Motion to Enforce Rule 45 Subpoena [ECF No. 1] is GRANTED IN PART AND DENIED IN PART.

With reference to the Joint List of Unresolved Issues [ECF No. 8], Objector Autoliv ASP, Inc. ("Autoliv") will respond in writing, under oath, to Deposition Questions No. 3, No. 4, No. 5, and to Document Requests No. 1, No. 2, No. 3, and No. 4. Oral deposition testimony is not required.

The scope of the answers/production will be limited to the Dodge Journey and to Chrysler and FCA vehicles whose second-row bench seats are substantially similar to the Dodge Journey. The time frame will be from calendar year 1993 to calendar year 2012.

Autoliv may produce information on a rolling basis, with the last production due no later than 30 days from the date of this Order.

The Motion is DENIED as to Document Request No. 5 and No. 6 (FMEAs and DFMEAs).

IT IS SO ORDERED.

Dated: December 9, 2019

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 9, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen